# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAKESHORE ESTATES
HOMEOWNER'S ASSOCIATION,
INC.

VERSUS

MALCOLM SUTTER AND KATHRYN
A. SUTTER

       CONSOLIDATED WITH

MALCOLM SUTTER

VERSUS

EUGENE HOTARD, PATRICK
TRAINOR, CHEREE SENS, BOBBY
JUGE, MICHAEL APPLETON,
GREGORY WALTERS, BRIAN
DUPUY, SUSAN FINK, RODNEY
DURST, RENAISSANCE REALTY
SERVICES, LLC, AND LAKESHORE
ESTATES HOMEOWNER'S
ASSOCIATION, INC., ET AL

NO.   2025 CW 1155

**MARCH 9, 2026**

---

In Re:   Malcolm Sutter, applying for supervisory writs, 22nd
         Judicial District Court, Parish of St. Tammany, No.
         201914072 c/w 202111520.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

    **WRIT DENIED.**

                  **SMM**
                  **BDE**
                  **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT